**Fill in this information to identify the case:**

Debtor name: Dora Dog Properties, LLC
United States Bankruptcy Court for the: DISTRICT OF NEVADA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Bay Area Drainage Inc<br>86 Buckingham Drive<br>Moraga, CA 94556 | mara@bayareadrainage.com<br>925-377-9209 | | | | | $50,900.00 |
| Bertolami Engineering<br>1941 Oak Park Blvd. #20<br>Pleasant Hill, CA 94253 | gwen.bertolami@comcast.net<br>925-448-2875 | | | | | $3,250.00 |
| BPXpress<br>4740 E. 2nd St, Ste. #29<br>Benicia, CA 94510 | BPXoffice@blueprintexpress.com<br>707-745-3593 | | | | | $772.98 |
| CA Construction<br>127 DeNormandie Way<br>Martinez, CA 94553 | 21techlife@gmail.com<br>925-917-0887 | | | | | $1,863.95 |
| Clark County Treasurer<br>500 S Grand Central Pkwy 1st Floor<br>Las Vegas, NV 89155 | 702-455-4323 | | | | | $9,247.16 |
| Contra Costa County Tax Collector<br>PO Box 7002<br>San Francisco, CA 94120-7002 | taxinfo@tax.cccounty.us<br>925-957-5280 | | | | | $39,987.14 |
| DeBolt Civil Engineering<br>811 San Ramon Valley Blvd<br>Danville, CA 94526 | deboltcivil@earthlink.net<br>925-837-3780 | | | | | $1,537.50 |

Debtor    Dora Dog Properties, LLC                                    Case number *(if known)*
                Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Foremost Insurance<br>3249 Mt Diablo Ct #211<br>Lafayette, CA 94549 | 925-297-4274 | | | | | $846.87 |
| Harris & Sloan Consulting Engineers Inc<br>2295 Gateway Oaks Drive<br>Sacramento, CA 95833 | dstowe@harrisandsloan.com<br>916-921-2441 | | | | | $2,398.75 |
| JQ Yu Construction Inc<br>1089 Shary Circle<br>San Francisco, CA 94158 | jqyu1089@yahoo.com<br>925-680-6188 | | | | | $3,577.33 |
| Las Vegas Valley Water District<br>PO Box 2921<br>Phoenix, AZ 85062 | 702-870-4194 | | | | | $384.16 |
| Legacy Framers Inc<br>980 Garcia Avenue, Suite C<br>Pittsburg, CA 94565 | paiger@legacyfarmers.com<br>925-427-1011 | | | | | $87,840.35 |
| Lester Construction<br>2515 Gold Run Ct.<br>Valley Springs, CA 95252 | lesterray420@gmail.com<br>925-229-5311 | | | | | $7,571.00 |
| National Construction Rentals, Inc.<br>1300 Business Center Drive<br>San Leandro, CA 94577 | sreyesburks@rentnational.com<br>510-563-4000 | | | | | $544.56 |
| NV Energy<br>PO Box 30150<br>Reno, NV 89520 | 702-402-5555 | | | | | $493.04 |
| RB Painting<br>1385 Palm Ave.<br>Martinez, CA 94553 | rbpainting66@yahoo.com<br>925-305-3938 | | | | | $1,300.00 |
| Republic Service<br>PO Box 78829<br>Phoenix, AZ 85062 | 925-685-4711 | | | | | $2,337.82 |
| Steven, Ferrone & Bailey Enginerring Co<br>PO Box 815<br>Concord, CA 94522-0815 | cromero@sfandb.com<br>925-688-1001 | | | | | $1,107.75 |

Debtor   **Dora Dog Properties, LLC**                                             Case number *(if known)*
         Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Stillwater Insurance Company P.O. Box 45126 Jacksonville, FL 32232 | ins@stillwater.com (855) 712-4114 | | | | | $1,150.00 |
| Vintage Valley 11411 Southern Highlands Pkwy Ste120 Las Vegas, NV 89141 | 702-361-6640 | | | | | $490.00 |