1  STEPHEN R. HARRIS, ESQ.
   Nevada Bar No. 001463
2  HARRIS LAW PRACTICE LLC
3  6151 Lakeside Drive, Suite 2100
   Reno, Nevada 89511
4  Telephone: (775) 786-7600
   E-Mail: steve@harrislawreno.com
5  Attorneys for W. Donald Gieseke, Trustee

6                    UNITED STATES BANKRUPTCY COURT

7                       FOR THE DISTRICT OF NEVADA

8                                * * * * *

9  IN RE:                              Lead Case No.: BK-19-50103-gs
                                       (Chapter 7)
10 DORA DOG PROPERTIES, LLC
                                       Jointly Administered with:
11   ☐  AFFECTS THIS DEBTOR

12   ☐  AFFECTS DOG BLUE PROPERTIES,   | 19-50104-gs | Dog Blue Properties, LLC |
        LLC                            | 19-50105-gs | Brandy Boy Properties, LLC |
13                                     | 19-50106-gs | 475 Channel Road, LLC |
                                       | 19-50108-gs | Park Road, LLC |
14   ☐  AFFECTS BRANDY BOY             | 19-50109-gs | 140 Mason Circle, LLC |
        PROPERTIES, LLC
15
                                       **NOTICE OF SECOND EXTENDED BAR
16   ☐  AFFECTS 475 CHANNEL ROAD, LLC  DATE FOR FILING CLAIMS/
                                       INTERESTS**
17   ☐  AFFECTS PARK ROAD, LLC

18   ☐  AFFECTS 140 MASON CIRCLE, LLC  Hearing Date:  N/A
                                       Hearing Time:
19   ☒  AFFECTS ALL DEBTORS.

20   _____/

21         PLEASE TAKE NOTICE THAT on May 24, 2019, the Honorable Gary Spraker signed

22 an Order Approving Trustee's Ex Parte Application for Order Extensions Claims/ Interests Bar

23 Date (Docket No. 801, in prior lead case 19-50102-gs) ("Bar Date Order"). The Bar Date Order

24 extended the claims/ interests bar date for non-governmental claims or interests to December 31,

25 2019, and for governmental units to March 1, 2020.

26         NOTICE IS GIVEN that the claims/ interests bar date for non-governmental claims or

27 interests is further extended from December 31, 2019 through **January 31, 2020,** and for

28 governmental units the claims bar date remains as **March 1, 2020.**

DATED this 20th day of December, 2019.

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.
/s/ Stephen R. Harris

_____
Attorneys for Trustee