_____
Honorable Gary Spraker
United States Bankruptcy Judge



Entered on Docket
December 20, 2019

_____

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for W. Donald Gieseke, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

DORA DOG PROPERTIES, LLC

☐ AFFECTS THIS DEBTOR

☐ AFFECTS DOG BLUE PROPERTIES, LLC

☐ AFFECTS BRANDY BOY PROPERTIES, LLC

☐ AFFECTS 475 CHANNEL ROAD, LLC

☐ AFFECTS PARK ROAD, LLC

☐ AFFECTS 140 MASON CIRCLE, LLC

☒ AFFECTS ALL DEBTORS.

_____/

Lead Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106-gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road, LLC |
| 19-50109-gs | 140 Mason Circle, LLC |

**ORDER APPROVING SECOND MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE BUSINESSES BY RENTING REAL PROPERTIES AND PAY ONGOING ADMINISTRATIVE EXPENSES RELATED THERETO PURSUANT TO 11 U.S.C. §§363(b)(1), 721 AND 503(b)**

Hearing Date:   December 9, 2019
Hearing Time:   9:30 a.m.

1

The SECOND MOTION FOR ORDER AUTHORIZING TRUSTEE TO OPERATE BUSINESSES BY RENTING REAL PROPERTIES AND PAY ONGOING ADMINISTRATIVE EXPENSES RELATED THERETO PURSUANT TO 11 U.S.C. §§363(b)(1), 721 AND 503(b) [Docket No. 169] ("Second Motion"), as verbally modified in Court, filed herein by W. Donald Gieseke, Trustee ("Trustee") for the Chapter 7 bankrupt estates of six (6) Jointly Administered Debtors, specifically, DORA DOG PROPERTIES, LLC; DOG BLUE PROPERTIES, LLC; BRANDY BOY PROPERTIES, LLC; 475 CHANNEL ROAD, LLC; PARK ROAD, LLC; and 140 MASON CIRCLE, LLC (collectively "Debtors"); by and through his counsel STEPHEN R. HARRIS ESQ., of HARRIS LAW PRACTICE LLC; came before the Court for hearing on December 9, 2019, at 9:30 a.m.; with Stephen R. Harris, Esq., appearing on behalf of the Trustee, and with the Trustee also present; with no other party appearing and no objection having been filed; with the Court having considered the papers and pleadings on file herein; and good cause appearing:

IT IS HEREBY ORDERED that the Second Motion is approved, on the basis that the Trustee is only authorized to incur necessary administrative expenses, including fees, repairs, maintenance and ongoing expenses related to the real properties, as allowed 11 U.S.C. §503(b) administrative expenses, in a total sum not to exceed $150,000.00, and not the $250,000.00 sum requested in the Second Motion, without need for further approval by the Court;

IT IS FURTHER ORDERED that the Trustee shall file monthly operating reports by the last day of the month, following the month being reported; and

IT IS FINALLY ORDERED that the Trustee is authorized to request an increase in the spending limit of $150,000.00, on expedited notice of a minimum of ten (10) days to creditors and parties in interest.

Submitted by:
STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

/s/ Stephen R. Harris
_____
Attorneys for W. Donald Gieseke, Trustee

## CERTIFICATION RE: RULE 9021

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_x\_ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR9014(g), and that no party has objected to the form or content of the order.

Dated this 19th day of December, 2019.

/s/ Stephen R. Harris
_____
STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

\#\#\#