_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
October 25, 2021

STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Facsimile: (775) 786-7764
E-Mail: steve@harrislawreno.com
Attorneys for W. Donald Gieseke, Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

DORA DOG PROPERTIES, LLC

☐ AFFECTS THIS DEBTOR

☐ AFFECTS DOG BLUE PROPERTIES, LLC

☐ AFFECTS BRANDY BOY PROPERTIES, LLC

☐ AFFECTS 475 CHANNEL ROAD, LLC

☐ AFFECTS PARK ROAD, LLC

☐ AFFECTS 140 MASON CIRCLE, LLC

☒ AFFECTS ALL DEBTORS.
_____/

Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106-gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road, LLC |
| 19-50109-gs | 140 Mason Circle, LLC |

**ORDER APPROVING TRUSTEE'S THIRD MOTION TO EXTEND THE LIMITATIONS PERIODS UNDER 11 U.S.C. §§ 108 AND 546**

Hearing Date: October 25, 2021
Hearing Time: 9:30 a.m.

The TRUSTEE'S THIRD MOTION TO EXTEND THE LIMITATIONS PERIODS UNDER 11 U.S.C. §§ 108 AND 546 [Docket No. 562] ("Motion"), filed by W. Donald Gieseke, Trustee for the Chapter 7 bankrupt estates of six (6) Jointly Administered Debtors, specifically, DORA DOG PROPERTIES, LLC ("Dora Dog"); DOG BLUE PROPERTIES, LLC ("Dog

1

Blue"); BRANDY BOY PROPERTIES, LLC ("Brandy Boy"); 475 CHANNEL ROAD, LLC ("475 Channel Road"); PARK ROAD, LLC ("Park Road"); and 140 MASON CIRCLE, LLC ("140 Mason Circle"); by and through his counsel STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, came before the Court for hearing on October 25, 2021, at 9:30 a.m., after having been duly noticed to all creditors and parties in interest; with STEPHEN R. HARRIS, ESQ., of HARRIS LAW PRACTICE LLC, appearing telephonically on behalf of the Trustee, with the Trustee also present telephonically, and with the Court having considered all of the papers and pleadings on file herein, and no opposition(s) having been filed; and the Court incorporating its oral findings of fact and conclusions of law pursuant to Fed. R. Bankr. P. 7052; and good cause appearing:

**IT IS HEREBY ORDERED** that the Motion is approved, and the deadlines imposed by 11 U.S.C. § 546(a) and by 11 U.S.C. § 108(a) are extended to and including **January 26, 2022**, for each of the Debtors

Submitted by:

STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Attorneys for W. Donald Gieseke, Trustee

2

**CERTIFICATION RE: RULE 9021**

In accordance with Local Rule 9021, the attorney submitting this document certifies as follows (check one):

\_\_\_\_\_ The court has waived the requirement set forth in LR 9021(b)(1).

__X__ No party appeared at the hearing or filed an objection to the motion.

\_\_\_\_\_ I have delivered a copy of this proposed order to all attorneys who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

\_\_\_\_\_ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

DATED this 25th day of October, 2021.

                            HARRIS LAW PRACTICE LLC

                            */s/ Stephen R. Harris*

                            STEPHEN R. HARRIS, ESQ.
                            Attorneys for W. Donald Gieseke, Trustee

# # #