_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
May 09, 2022

Lisa M. Schweitzer, Esq. (*pro hac vice*)
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Email: lschweitzer@cgsh.com
-and-
James Patrick Shea, Esq.
Nevada Bar No. 405
Bart K. Larsen, Esq.
Nevada Bar No. 8538
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Facsimile: (702) 926-9683
Email:  jshea@shea.law
         blarsen@shea.law

*Counsel for Solar Eclipse Fund IX, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re:<br><br>DORA DOG PROPERTIES, LLC,<br><br>☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS DOG BLUE PROPERTIES, LLC<br>☐ AFFECTS BRANDY BOY PROPERTIES, LLC<br>☐ AFFECTS 475 CHANNEL ROAD, LLC<br>☐ AFFECTS PARK ROAD, LLC<br>☐ AFFECTS 140 MASON CIRCLE, LLC<br>☒ AFFECTS ALL DEBTORS. | Case No. 19-50103-gs<br>Chapter 7<br><br>Jointly Administered with:<br>19-50104-gs Dog Blue Properties, LLC<br>19-50105-gs Brandy Boy Properties, LLC<br>19-50106-gs 475 Channel Road, LLC<br>19-50108-gs Park Road, LLC<br>19-50109-gs 140 Mason Circle, LLC<br><br>Hearing Date: May 5, 2022<br>Hearing Time: 3:00 pm |

**ORDER APPROVING STIPULATION INCORPORATING SOLAR ECLIPSE FUND IX, LLC AS A PARTY TO THE SETTLEMENT OF DC SOLAR ESTATES AND FUNDS/INVESTORS' CLAIMS AGAINST REAL PROPERTY DEBTOR ESTATES**

The Court has read and considered the *Stipulation Incorporating Solar Eclipse Fund IX, LLC as a Party to the Settlement of DC Solar Estates and Funds/Investors' Claims Against Real Property Debtor Estates* [ECF No. 662] (the "**Stipulation**") by and among W. Donald Gieseke, Chapter 7 Trustee (the "**Dora Dog Trustee**"), for the jointly administered estates of Dora Dog Properties, LLC, Dog Blue Properties, LLC, Brandy Boy Properties, LLC, 475 Channel Road, LLC, Park Road, LLC and 140 Mason Circle, LLC (collectively, the "**Real Property Debtor Estates**"), Christina Lovato, Chapter 7 Trustee ("**DC Solar Trustee**") for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc. (collectively, the "**DC Solar Estates**"), and Solar Eclipse Fund IX, LLC ("**Fund IX**"), by and through their respective attorneys, and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is approved in its entirety.

**IT IS SO ORDERED.**

Prepared and submitted by:

By: */s/ Lisa M. Schweitzer*
Lisa M. Schweitzer, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
lschweitzer@cgsh.com
-and-
James Patrick Shea, Esq.
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
jshea@shea.law

*Counsel for Solar Eclipse Fund IX, LLC*

2