STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
E-Mail: steve@harrislawreno.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:

DORA DOG PROPERTIES, LLC

☒ AFFECTS THIS DEBTOR

☒ AFFECTS DOG BLUE PROPERTIES, LLC

☒ AFFECTS BRANDY BOY PROPERTIES, LLC

☐ AFFECTS 475 CHANNEL ROAD, LLC

☐ AFFECTS PARK ROAD, LLC

☐ AFFECTS 140 MASON CIRCLE, LLC

☐ AFFECTS ALL DEBTORS.

_____/

Lead Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106-gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road, LLC |
| 19-50109-gs | 140 Mason Circle, LLC |

**TRUSTEE'S SECOND AMENDED OMNIBUS OBJECTION TO PROOFS OF CLAIM**

Hearing Date: August 11, 2022
Hearing Time: 9:30 a.m.

W. Donald Gieseke, Trustee for the Chapter 7 bankrupt estates of six (6) Jointly Administered Debtors, specifically, DORA DOG PROPERTIES, LLC ("Dora Dog"); DOG BLUE PROPERTIES, LLC ("Dog Blue"); BRANDY BOY PROPERTIES, LLC ("Brandy Boy"); 475 CHANNEL ROAD, LLC ("475 Channel Road"); PARK ROAD, LLC ("Park Road");

1

and 140 MASON CIRCLE, LLC ("140 Mason Circle"); by and through his counsel STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, hereby files his TRUSTEE'S SECOND AMENDED OMNIBUS OBJECTION TO PROOFS OF CLAIM, and states and alleges as follows:

      1.     The Trustee objects to the following Proofs of Claim on the basis stated in the "Grounds for Objection" column hereinbelow. Claimants can locate their names on the tables below (claimants are listed alphabetically), as well as the exhibits attached hereto, which incorporate the first page of each filed Proof of Claim that the Trustee is objecting to.

**PART I:**
      **19-50103 Dora Dog Properties, LLC- Objected Proof of Claims (*see* Exhibit "A")**

| CLAIM NO. | CLAIMANT | AMOUNT | GROUNDS FOR OBJECTION |
|---|---|---|---|
| 7-1 | 800 S. BROADWAY | $46,430.00 | 800 S. Broadway is not a creditor of the Debtor (See claim 8-1). |
| 8-1 | AMAC CONSTRUCTION | $46,430.00 | Claimant has been paid in full pursuant to Court approved compromise and settlement under Rule 9019 (*See* DE 356). |
| 12-1 | AMERICAN HANDYMAN SERVICES INC. | $15,065.61 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 21-1 | BAY AREA DRAINAGE | $77,250.00 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 5-1 | BERTOLAMI ENGINEERING | $3,250.00 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 14-1 | CEMCON, INC. | $3,406.23 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 15-1 | CEMCON, INC. | $10,818.65 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 16-1 | CEMCON, INC. | $36,149.33 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 4-1 | CLARK COUNTY TREASURER | $34,935.68 | Claim for real property taxes for property turned over to USA in forfeiture action. |
| 13-1 | COAST BUILDING PRODUCTS | $4,685.00 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 72-1 | CONTRA COSTA COUNTY TREASURER | $123,111.12 | Claim for real property taxes for property turned over to USA in forfeiture action. |
| 3-1 | HARRIS & SLOAN CONSULTING ENGINEERS INC. | $3,198.75 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 17-1 | LEGACY FRAMERS, INC. | $49,904.07 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 18-1 | LEGACY FRAMERS, INC. | $51,485.41 | Claim for services rendered for property turned over to USA in forfeiture action. |

2

| 19-1 | LEGACY FRAMERS, INC. | $52,324.53 | Claim for services rendered for property turned over to USA in forfeiture action. |
|---|---|---|---|
| 74-1 | LESTER CONSTRUCTION | $10,871.00 | Claim for services rendered for property turned over to USA in forfeiture action; late filed claim; invoice attached to Claim for Debtor Dog Blue Properties; Duplicate Claim (See Claim 11-1). |
| 6-1 | NATIONAL CONSTRUCTION RENTALS | $2,145.43 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 20-1 | NEVADA POWER DBA NV ENERGY | $1,610.85 | Claim for utilities rendered for property turned over to USA in forfeiture action. |
| 1-1 | SOUTHERN HIGHLANDS COMMUNITY ASSOC. | $85.00 | Claim for homeowner fees for property turned over to USA in forfeiture action. |
| 9-1 | STEVENS, FERRONE & BAILEY ENGINEERING COMP. INC. | $4,609.51 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 2-1 | VINTAGE VALLEY AT THE ESTATES S.H.G.C. | $460.00 | Claim for homeowner fees for property turned over to USA in forfeiture action. |

## PART II:

### 19-50104 Dog Blue Properties, LLC- Objected Proof of Claims (*see* Exhibit "B")

| CLAIM NO. | CLAIMANT | AMOUNT | GROUNDS FOR OBJECTION |
|---|---|---|---|
| 6-1 | 800 S. BROADWAY | $88,641.28 | 800 S. Broadway is not a creditor of the Debtor (*See* Claim 7-1). |
| 3-1 | ALEXANDER & ASSOCIATES, INC. | $7,955.00 | No documentation for basis of claim provided. |
| 7-1 | AMAC CONSTRUCTION AND RESTORATION | $88,641.28 | Claimant has been paid in full pursuant to Court approved compromise and settlement under Rule 9019 (*See* DE 356). |
| 4-1 | BERTOLAMI ENGINEERING | $3,450.00 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 12-1 | CA CONSTRUCTION | $9,134.27 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 61-1 | CONTRA COSTA COUNTY TREASURER | $165,847.32 | Claim for real property taxes for real property turned over to USA in forfeiture action, or alternatively, should have should have been when Brown Street and Marie Ave real properties were sold (*See* DE 477 and DE 558 -Sale Orders). |
| 11-1 | DAYSH DEVELOPMENTS INC | $414,120.75 | Claim for services rendered for property turned over to USA in forfeiture action |
| 2-2 | EL DORADO COUNTY TAX COLLECTOR | $6,245.12 | Claimant paid in full when Juniper Ave. real property was sold. |
| 1-1 | MIRACLE METHOD OF CONTRA | $1,250.00 | Claim for services rendered for property turned over to USA in forfeiture action. |
| 10-1 | NAPA COUNTY TREASURER | $980.84 | Claim for real property taxes for property turned over to USA in forfeiture action. |
| 62-1 | SOUTH TAHOE PUBLIC UTILITY | $360.02 | Claimant paid in full when Juniper Ave. real property was sold (*See* DE 283- Juniper Sale Order). |

3

**PART III:**
**19-50105- Brandy Boy Properties, LLC- Objected Proof of Claims (*See* Exhibit "C")**

| CLAIM NO. | CLAIMANT | AMOUNT | GROUNDS FOR OBJECTION |
|---|---|---|---|
| 3-1 | BOULDER EXTERMINATORS | $225.00 | Claimant paid in full for utilities when real properties Clubhouse Drive and Overlook Court were sold (*See* DE 243- Overlook Sale Order) |
| 4-1 | EL DORADO COUNTY TAX COLLECTOR | $86,118.33 | Taxes for 4101 South Lake Tahoe real property turned over to USA in forfeiture action; Real property taxes owing for Overlook Court real property paid when real property was sold (*See* DE 243- Overlook Sale Order). |
| 1-2 | MARICOPA COUNTY TREASURER | $6,923.33 | Claimant was paid in full for real property taxes when Clubhouse drive real property was sold (*See* DE 226- Clubhouse Sale Order). |
| 2-1 | SOUTHWEST GAS CORPORATION | $591.23 | Claimant paid in full for utilities when real properties Clubhouse Drive and Overlook Court were sold (*See* DE 226 and DE 243- Sale Orders) |

2.    Based on the foregoing, the Trustee respectfully requests that this Court enter orders denying the above referenced claims for the reasons identified for each claim in the "Grounds for Objection" column in the above tables for each respective Debtor.  Further, the Trustee proposes to submit to this Court one separate Order per Debtor denying the above-referenced claims.

DATED this 30th day of June, 2022.

HARRIS LAW PRACTICE LLC
STEPHEN R. HARRIS, ESQ.

*/s/ Stephen R. Harris*

_____
Attorneys for Trustee

4

# EXHIBIT "A"

# EXHIBIT "A"

| Fill in this information to identify the case: |
| --- |
| Debtor 1   DORA DOG PROPERTIES, LLC |
| Debtor 2 (Spouse, if filing) |
| United States Bankruptcy Court    District of Nevada |
| Case number:  19-50103 |

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

3/20/2019

Mary A. Schott, Clerk

**Official Form 410**
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| | |
| --- | --- |
| 1. Who is the current creditor? | 800 S. Broadway<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes. From whom? |
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>800 S. Broadway<br><br>Name<br><br>Paymon Hifai, Esq.<br>800 S. Broadway<br>Suite 200<br>Walnut Creek, CA 94596<br><br>Contact phone _____9259436570_____<br><br>Contact email<br>___phifai@hornerlawgroup.com___<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br><br><br>Contact phone _____<br><br>Contact email _____ |
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br>MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1   DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **19-50103**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

3/20/2019

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | AMAC Construction and Restoration |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. **Has this claim been acquired from someone else?** | ☒ No<br>☐ Yes. From whom? |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| AMAC Construction and Restoration | |
| Name | Name |
| Paymon Hifai, Esq.<br>Horner Law Group, P.C.<br>800 S. Broadway, Suite 200<br>Walnut Creek, CA 94596 | |
| Contact phone _____925-943-6570_____ | Contact phone _____ |
| Contact email<br>__phifai@hornerlawgroup.com__ | Contact email _____ |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_____ | |

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☒ No<br>☐ Yes. Claim number on court claims registry (if known) _____  Filed on _____<br>MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☒ No<br>☐ Yes. Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1   DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:   **19−50103**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/1/2019

**Mary A. Schott, Clerk**

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

American Handyman Services Inc

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

American Handyman Services Inc

Name

10040 Cheyenne Ave.
Las Vegas, NV 89129

Contact phone _____702−768−2759_____

Contact email ____jtaylor66@gmail.com____

Where should payments to the creditor be sent? (if different)

Name

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?   _____

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | Dora Dog Properties LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of __Nevada_____ | |
| Case number | 19-50103-btb |

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | | |
|---|---|---|
| 1. | Who is the current creditor? | Bay Area Drainage, Inc. |
| | | Name of the current creditor (the person or entity to be paid for this claim) |
| | | Other names the creditor used with the debtor _____ |
| 2. | Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? _____ |

| 3. | Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|---|---|
| | | Brian D. Shaffer/ Miller Starr Regalia<br>Name | Brian D. Shaffer/ Miller Starr Regalia<br>Name |
| | | 1331 N. California Street, 5th Floor<br>Number        Street | 1331 N. California Street, 5th Floor<br>Number        Street |
| | | Walnut Creek,        CA        94596<br>City        State        ZIP Code | Walnut Creek,        CA        94596<br>City        State        ZIP Code |
| | | Contact phone 925-935-9400 | Contact phone 925-935-9400 |
| | | Contact email brian.shaffer@msrlegal.com | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

| 4. | Does this claim amend one already filed? | ☑ No<br>☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____<br>MM / DD / YYYY |
|---|---|---|---|
| 5. | Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes.  Who made the earlier filing? _____ | |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1 | DORA DOG PROPERTIES, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Nevada |
| Case number | 19-50103-BTB |

RECEIVED
AND FILED

2019 MAR -4 PM 12: 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.**

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

---

### Part 1:   Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Bertolami Engineering<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☒ No<br>☐ Yes.  From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Gwen Bertolami, Bertolami Engineering<br>Name | Name |
| 1941 Oak Park Blvd. #70<br>Number        Street | Number        Street |
| Pleasant Hill        CA        94523<br>City        State        ZIP Code | City        State        ZIP Code |
| Contact phone (925) 448-2875 | Contact phone |
| Contact email gwen_bertolami@comcast.net | Contact email |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☒ No<br>☐ Yes.  Claim number on court claims registry (if known) 19-50103-btb        Filed on 01/30/2019<br>                                                                                                              MM  / DD  / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No<br>☐ Yes.  Who made the earlier filing? |

---

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19−50103**

**FILED**

U.S. Bankruptcy Court
District of Nevada

5/21/2019

Mary A. Schott, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. Who is the current creditor? | Cemcon, Inc., a California corporation |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** | **Where should payments to the creditor be sent? (if different)** |
| --- | --- | --- |
| | Cemcon, Inc., a California corporation | Cemcon, Inc. |
| | Name | Name |
| | Michael Y. MacKinnon, Esq.<br>Pyle Sims Duncan & Stevenson<br>401 B Street, Suite 1500<br>Diego, CA 92101 | Attn: Gary Clayton, President<br>980 Garcia Avenue, Suite C<br><br>Pittsburgh, CA 94565 |
| | Contact phone          619−687−5200 | Contact phone          925−427−1839 |
| | Contact email<br>miguelm@psdslaw.com | Contact email          garyc@comcon.net |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |

| 4. Does this claim amend one already filed? | ☑ No | | |
| --- | --- | --- | --- |
| | ☐ Yes. Claim number on court claims registry (if known) | Filed on | |
| | | | MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes. Who made the earlier filing? |

Official Form 410    Proof of Claim    page 1

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19−50103**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Cemcon, Inc., a California corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Cemcon, Inc., a California corporation
Name

Michael Y. MacKinnon, Esq.
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
Diego, CA 92101

Contact phone _____619−687−5200_____

Contact email _____miguelm@psdslaw.com_____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

Cemcon, Inc.
Name

Attn: Gary Clayton, President
980 Garcia Avenue, Suite C

Pittsburgh, CA 94565

Contact phone _____925−427−1839_____

Contact email _____garyc@comcon.net_____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

| Fill in this information to identify the case: |
|---|

Debtor 1   DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **19−50103**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

**Mary A. Schott, Clerk**

Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Cemcon, Inc., a California corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Cemcon, Inc., a California corporation
Name

Michael Y. MacKinnon, Esq.
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
Diego, CA 92101

Contact phone          619−687−5200

Contact email     miguelm@psdslaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

Cemcon, Inc.
Name

Attn: Gary Clayton, President
980 Garcia Avenue, Suite C

Pittsburgh, CA 94565

Contact phone          925−427−1839

Contact email     garyc@comcon.net

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)                Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES L L C

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Nevada

Case number   19-50103

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
|---------|--------------------|

**1. Who is the current creditor?**

Clark County Treasurer
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
Reference #:  191-06-214-002

Clark County Treasurer
Name

500 S Grand Central Pky, PO Box 551220
Number       Street

Las Vegas              NV        89155
City                   State     ZIP Code

Contact phone  702-455-2514

Contact email  TRBank@ClarkCountyNV.gov

Lisa.Logsdon@ClarkCountyDA.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __

Where should payments to the creditor be sent? (if different)

Name

Number       Street

City                   State     ZIP Code

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
              MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1   DORA DOG PROPERTIES, LLC | |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court    District of Nevada | |
| Case number:  19-50103 | |

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/13/2019

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/19

**Read the instructions before filling out this form.** This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

**Filers must leave out or redact** information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed.** That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

Coast Building Products

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
- ☒ No
- ☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Coast Building Products

Name

475 N Williamson Blvd
Daytona Beach, FL 32114

Contact phone    386-763-7243

Contact email    lydia.campbell@topbuild.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**
- ☒ No
- ☐ Yes. Claim number on court claims registry (if known) _____ Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
- ☒ No
- ☐ Yes. Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1

**Fill in this information to identify the case:**

Debtor 1 __Dora Dog Properties, LLC__

Debtor 2 _____
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Nevada

Case number __19-50103__

RECEIVED
AND FILED

2020 JUL 23  AM 10: 31

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

| | |
|---|---|
| **1. Who is the current creditor?** | __Contra Costa County Treasurer-Tax Collector__<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| **2. Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes.  From whom? _____ |
| **3. Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>__Contra Costa County Tax Collector__<br>Name<br>__P.O. Box 967__<br>Number       Street<br>__Martinez__          __CA__       __94553__<br>City                State          ZIP Code<br><br>Contact phone __(925) 957-2832__<br><br>Contact email __shirley.reese@tax.cccounty.us__<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one):<br>_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ | **Where should payments to the creditor be sent? (if different)**<br><br>__Contra Costa County Tax Collector__<br>Name<br>__P.O. Box 967__<br>Number       Street<br>__Martinez__          __CA__       __94553__<br>City                State          ZIP Code<br><br>Contact phone __(925) 957-2832__<br><br>Contact email __shirley.reese@tax.cccounty.us__ |
| **4. Does this claim amend one already filed?** | ☑ No<br>☐ Yes.   Claim number on court claims registry (if known) _____      Filed on _____<br>MM / DD / YYYY |
| **5. Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes.   Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1          DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Nevada    ☑

Case number    19-50103-BTB

RECEIVED
AND FILED

2019 FEB 11  AM 11: 59

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

HARRIS & SLOAN CONSULTING ENGINEERS, INC
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

HARRIS & SLOAN CONSULTING ENGINEERS
Name

2295 GATEWAY OAKS DR, SUITE 200
Number        Street

SACRAMENTO        CA        95833
City            State        ZIP Code

Contact phone  916-921-2441

Contact email  TSLOAN@HARRISANDSLOAN.COM

Where should payments to the creditor be sent? (if different)

Name

Number        Street

City            State        ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on ____ / ____ / ____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410          Proof of Claim          page 1

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number: **19-50103**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

Mary A. Schott, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**

Legacy Framers, Inc., a California corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Legacy Framers, Inc., a California corporation | Legacy Framers, Inc. |
| Name | Name |
| Michael Y. MacKinnon, Esq. | Attn: Gary Clayton, President |
| Pyle Sims Duncan & Stevenson | 980 Garcia Avenue, Suite C |
| 401 B Street, Suite 1500 | |
| Diego, CA 92101 | Pittsburgh, CA 94565 |
| Contact phone     619-687-5200 | Contact phone     925-427-1839 |
| Contact email     miquelm@psdslaw.com | Contact email     garyc@cemcon.net |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19-50103**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

Mary A. Schott, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Legacy Framers, Inc., a California corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Legacy Framers, Inc., a California corporation | Legacy Framers, Inc. |
| Name | Name |
| Michael Y. MacKinnon, Esq. | Attn: Gary Clayton, President |
| Pyle Sims Duncan & Stevenson | 980 Garcia Avenue, Suite C |
| 401 B Street, Suite 1500 | |
| Diego, CA 92101 | Pittsburgh, CA 94565 |
| Contact phone    619-687-5200 | Contact phone    925-427-1839 |
| Contact email  miguelm@psdslaw.com | Contact email    garyc@cemcon.net |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on
                                                                                                MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor 1   DORA DOG PROPERTIES, LLC | |
| Debtor 2 | |
| (Spouse, if filing) | |
| United States Bankruptcy Court    **District of Nevada** | |
| Case number:  **19−50103** | |

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

**Mary A. Schott, Clerk**

Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

**1. Who is the current creditor?**

Legacy Framers, Inc., a California corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Legacy Framers, Inc., a California corporation

Name

Michael Y. MacKinnon, Esq.
Pyle Sims Duncan & Stevenson
401 B Street, Suite 1500
Diego, CA 92101

Contact phone         619−687−5200

Contact email
miguelm@psdslaw.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

Legacy Framers, Inc.

Name

Attn: Gary Clayton, President
980 Garcia Avenue, Suite C

Pittsburgh, CA 94565

Contact phone         925−427−1839

Contact email       garyc@cemcon.net

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on _____
                                                                                          MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                                    Proof of Claim                                    page 1

B10 (Official Form 10) (04/13)

| UNITED STATES BANKRUPTCY COURT | PROOF OF CLAIM |
|---|---|

| | |
|---|---|
| Name of Debtor:<br>Dora Dog Properies LLC<br>United States Bankruptcy Court<br>District of Nevada | Case Number:<br>BK-19-50103 |

RECEIVED
AND FILED

2021 AUG 12   AM 9:34

U.S. BANKRUPTCY COURT
MARY A. SCH~~~~~

NOTE: *Do not use this form to make a claim for an administrative expense that arises after the bankruptcy filing. You may file a request for payment of an administrative expense according to 11 U.S.C. § 503.*

Name of Creditor (the person or other entity to whom the debtor owes money or property):
Lester Construction (Ray Lester,sole owner)

**COURT USE ONLY**

Name and address where notices should be sent:
2813 Golf Roh Cr. Valley Springs California

Telephone number: (925) 519-5134      email: lesterray420@gmail.com

❏ Check this box if this claim amends a previously filed claim.

Court Claim Number:_____
(*If known*)

Filed on:_____

Name and address where payment should be sent (if different from above):

Telephone number:           email:

❏ Check this box if you are aware that anyone else has filed a proof of claim relating to this claim. Attach copy of statement giving particulars.

**1. Amount of Claim as of Date Case Filed:**         $_____10,871.00

If all or part of the claim is secured, complete item 4.

If all or part of the claim is entitled to priority, complete item 5.

❏ Check this box if the claim includes interest or other charges in addition to the principal amount of the claim. Attach a statement that itemizes interest or charges.

**2. Basis for Claim:**  Unpaid invoices for services performed (see attached)
(See instruction #2)

| 3. Last four digits of any number by which creditor identifies debtor: | 3a. Debtor may have scheduled account as:<br>lester construction<br>(See instruction #3a) | 3b. Uniform Claim Identifier (optional):<br><br>(See instruction #3b) |
|---|---|---|

**4. Secured Claim (See instruction #4)**
Check the appropriate box if the claim is secured by a lien on property or a right of setoff, attach required redacted documents, and provide the requested information.

Nature of property or right of setoff: ❏Real Estate  ❏Motor Vehicle  ❏Other
Describe:

Value of Property: $_____

Annual Interest Rate_____% ❏Fixed  or  ❏Variable
(when case was filed)

Amount of arrearage and other charges, as of the time case was filed, included in secured claim, if any:

$_____

Basis for perfection: _____

Amount of Secured Claim:    $_____

Amount Unsecured:    $_____

**5. Amount of Claim Entitled to Priority under 11 U.S.C. § 507 (a).  If any part of the claim falls into one of the following categories, check the box specifying the priority and state the amount.**

❏ Domestic support obligations under 11 U.S.C. § 507 (a)(1)(A) or (a)(1)(B).

❏ Wages, salaries, or commissions (up to $12,475*) earned within 180 days before the case was filed or the debtor's business ceased, whichever is earlier – 11 U.S.C. § 507 (a)(4).

❏ Contributions to an employee benefit plan – 11 U.S.C. § 507 (a)(5).

Amount entitled to priority:

❏ Up to $2,775* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use – 11 U.S.C. § 507 (a)(7).

❏ Taxes or penalties owed to governmental units – 11 U.S.C. § 507 (a)(8).

❏ Other – Specify applicable paragraph of 11 U.S.C. § 507 (a)(__).

$_____

*Amounts are subject to adjustment on 4/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

**6. Credits.** The amount of all payments on this claim has been credited for the purpose of making this proof of claim. (See instruction #6)

Fill in this information to identify the case:

Debtor 1    **DORA DOG PROPERTIES**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Nevada

Case number   **19-50103-btb**

RECEIVED
AND FILED

2019 MAR 18 PM 12: 14

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

NATIONAL CONSTRUCTION RENTALS
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

NATIONAL CONSTRUCTION RENTALS
Name

15319 CHATSWORTH STREET
Number    Street

MISSION HILLS    CA    93021
City    State    ZIP Code

Contact phone  818-221-6027

Contact email  sfernandez1@rentnational.com

Where should payments to the creditor be sent? (if different)

Name

Number    Street

City    State    ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _  _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Fill in this information to identify the case:**

Debtor 1   DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19-50103**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

5/21/2019

Mary A. Schott, Clerk

Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

Nevada Power Company dba NV Energy

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**
☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Nevada Power Company dba NV Energy | |
| Name | Name |
| Attn: Susana Garcia<br>PO Box 10100<br>Reno, NV 89520 | |
| Contact phone _____775 834-4230_____ | Contact phone _____ |
| Contact email ____sgarcia@nvenergy.com____ | Contact email _____ |

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_____

**4. Does this claim amend one already filed?**
☑ No
☐ Yes. Claim number on court claims registry (if known) _____   Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☑ No
☐ Yes. Who made the earlier filing? _____

**Fill in this information to identify the case:**

Debtor 1    DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number: **19−50103**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

2/12/2019

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | Southern Highlands Community Association |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No ☐ Yes. From whom? |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Southern Highlands Community Association | |
| Name | Name |
| 11411 Southern Highlands Pkwy, #100 Las Vegas, NV 89141 Las Vegas, NV 89141 | |
| Contact phone _____702−361−6640_____ | Contact phone _____ |
| Contact email __jschuette@olympiacompanies.com__ | Contact email _____ |
| Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____ | |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No ☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____ MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No ☐ Yes. Who made the earlier filing? _____ |

Official Form 410                            Proof of Claim                            page 1

Fill in this information to identify the case:

| | |
|---|---|
| Debtor 1 | Dora Dog Properties, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | District of Nevada |
| Case number | 19-50103-BTB |

RECEIVED
AND FILED

2019 MAR 21   PM 12: 35

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. **Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

| | |
|---|---|
| 1. Who is the current creditor? | Stevens, Ferrone & Bailey Engineering Company, Inc. |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
|---|---|
| | ☐ Yes.  From whom? _____ |

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Stevens, Ferrone & Bailey Engineering Company, Inc.
Name

1600 Willow Pass Court
Number      Street

Concord          CA        94520
City            State      ZIP Code

Contact phone  925-688-1001

Contact email  jbailey@sfandb.com

**Where should payments to the creditor be sent? (if different)**

Name

Number      Street

City            State      ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one): _____

| 4. Does this claim amend one already filed? | ☑ No |
|---|---|
| | ☐ Yes.  Claim number on court claims registry (if known) _____   Filed on ____/____/____ MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
|---|---|
| | ☐ Yes.  Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1   DORA DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19-50103**

**FILED**

**U.S. Bankruptcy Court
District of Nevada**

2/12/2019

**Mary A. Schott, Clerk**

Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Vintage Valley at the Estates at S.H.G.C.

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

**Where should notices to the creditor be sent?**

Vintage Valley at the Estates at S.H.G.C.

Name

11411 Southern Highlands Pkwy, #100
Las Vegas, NV 89141

Contact phone _____ 702-361-6640 _____

Contact email
   jschuette@olympiacompanies.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**Where should payments to the creditor be sent? (if different)**

Name

Contact phone _____

Contact email _____

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____     Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

# EXHIBIT "B"

# EXHIBIT "B"

**Fill in this information to identify the case:**

Debtor 1   DOG BLUE PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **19−50104**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

3/20/2019

**Mary A. Schott, Clerk**

Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:   Identify the Claim

**1. Who is the current creditor?**

800 S. Broadway

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

800 S. Broadway

Name

Paymon Hifai, Esq.
Horner Law Group, P.C.
800 S. Broadway, Suite 200
Walnut Creek, CA 94596

Contact phone          9259436570

Contact email
        phifai@hornerlawgroup.com

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Official Form 410                                   Proof of Claim                                   page 1

RECEIVED
AND FILED

2019 MAR -4 PM 12: 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Fill in this information to identify the case:

Debtor 1  **DOG BLUE PROPERTIES, LLC**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Nevada

Case number  **19-50104-btb**

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

**Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.**

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Alexander & Associates, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Alexander & Associates Inc.
Name

147 Old Bernal Avenue
Number        Street

Pleasanton        CA        94566
City        State        ZIP Code

Contact phone  925/462-2255

Contact email  surveyor@trivalley.com

Where should payments to the creditor be sent? (if different)

same
Name

Number        Street

City        State        ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM   / DD   / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410        Proof of Claim        page 1

**Fill in this information to identify the case:**

Debtor 1   DOG BLUE PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number: **19−50104**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

3/20/2019

**Mary A. Schott, Clerk**

## Official Form 410
# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
|---|---|

**1. Who is the current creditor?**

AMAC Construction and Restoration

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

AMAC Construction and Restoration

Name

Horner Law Group, PC
800 S. Broadway, Suite 200
Walnut Creek, CA 94596

Contact phone    925−943−6570

Contact email
phifai@hornerlawgroup.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)

Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

**Fill in this information to identify the case:**

Debtor 1    BLUE DOG PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of Nevada

Case number    19-50104-BTB

RECEIVED
AND FILED

2019 MAR -4 PM 12: 10

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

**Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.**

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | Bertolami Engineering<br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No<br>☐ Yes. From whom? _____ |
| 3. **Where should notices and payments to the creditor be sent?**<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br><br>Gwen Bertolami, Bertolami Engineering<br>Name<br><br>1941 Oak Park Blvd. #70<br>Number        Street<br><br>Pleasant Hill        CA        94523<br>City        State        ZIP Code<br><br>Contact phone (925) 448-2875<br><br>Contact email gwen_bertolami@comcast.net | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br>Number        Street<br><br>City        State        ZIP Code<br><br>Contact phone<br><br>Contact email |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br>__ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ __ |
| 4. **Does this claim amend one already filed?** | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) 19-50104-btb    Filed on 01/30/2019<br>                                                                                    MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

| Fill in this information to identify the case: |
| --- |

Debtor 1    DOG BLUE PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:   **19-50104**

FILED

**U.S. Bankruptcy Court**
**District of Nevada**

5/30/2019

Mary A. Schott, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1:    Identify the Claim

**1. Who is the current creditor?**

C A Construction

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor          Chris McKinney

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name

C A Construction

127 De Normandie Way
Martinez, CA 94553

Contact phone          9259170887

Contact email          21techlife@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?

Fill in this information to identify the case:

Debtor 1    Dog Blue Properties. LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:   District of Nevada

Case number    19-50104

RECEIVED
AND FILED

2020 JUL 23  AM 10: 32

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

Official Form 410

# Proof of Claim

12/15

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

| 1. Who is the current creditor? | Contra Costa County Treasurer-Tax Collector |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor _____ |

| 2. Has this claim been acquired from someone else? | ☑ No |
| --- | --- |
| | ☐ Yes.  From whom? _____ |

| 3. Where should notices and payments to the creditor be sent? | Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
| --- | --- | --- |
| Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Contra Costa County Tax Collector | Contra Costa County Tax Collector |
| | Name | Name |
| | P.O. Box 967 | P.O. Box 967 |
| | Number      Street | Number      Street |
| | Martinez      CA      94553 | Martinez      CA      94553 |
| | City      State      ZIP Code | City      State      ZIP Code |
| | Contact phone (925) 957-2832 | Contact phone (925) 957-2832 |
| | Contact email shirley.reese@tax.cccounty.us | Contact email shirley.reese@tax.cccounty.us |
| | Uniform claim identifier for electronic payments in chapter 13 (if you use one): | |
| | — — — — — — — — — — — — — — — — — — — — | |

| 4. Does this claim amend one already filed? | ☑ No | |
| --- | --- | --- |
| | ☐ Yes.  Claim number on court claims registry (if known) _____ | Filed on _____ |
| | | MM / DD / YYYY |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No |
| --- | --- |
| | ☐ Yes.  Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1   DOG BLUE PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **19–50104**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/20/2019

**Mary A. Schott, Clerk**

Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents**; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| **Part 1:** | **Identify the Claim** |
| --- | --- |

| 1. Who is the current creditor? | Daysh Developments, Inc. dba California Retaining |
| --- | --- |
| | Name of the current creditor (the person or entity to be paid for this claim) |
| | Other names the creditor used with the debtor   California Retaining Walls Company |

| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |
| --- | --- |

| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?**<br>Daysh Developments, Inc. dba California Retaining<br><br>Name<br><br>L.O. Thorsten J. Pray<br>2800 Pleasant Hill Rd. #100<br>Pleasant Hill, Ca. 94523<br>Pleasant Hill, CA 94523<br><br>Contact phone    9253858248<br><br>Contact email    thorstenjpray@gmail.com<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | **Where should payments to the creditor be sent? (if different)**<br><br>Name<br><br><br><br>Contact phone<br><br>Contact email |
| --- | --- | --- |

| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known)                Filed on _____<br>                                                                        MM / DD / YYYY |
| --- | --- |

| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? |
| --- | --- |

**Fill in this information to identify the case:**

Debtor 1  DOG BLUE PROPERTIES

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  District of Nebraska

Case number  19-50104

RECEIVED
AND FILED

2019 MAY -6  AM 11: 48

U.S. BANKRUPTCY COURT
MARY L. SCHOTT CLERK

## Official Form 410

## Proof of Claim    *Amended Priority Amount only*    04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
|---|---|

**1. Who is the current creditor?**

EL DORADO COUNTY TAX COLLECTOR
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

KE COLEMAN TREASURER TAX COLLECTO
Name

360 FAIR LN
Number      Street

PLACERVILLE      CA      95667
City            State        ZIP Code

Contact phone  530-621-5800

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number      Street _____

City            State        ZIP Code

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known)  *2*

Filed on  02/28/2019
MM  / DD  / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☐ No
☐ Yes.  Who made the earlier filing? _____

Fill in this information to identify the case:

Debtor 1 ~~Miracle Method of Contra Costa/Alameda, Inc~~

Debtor 2 *Dog Blue Properties*
(Spouse, if filing)

United States Bankruptcy Court for the: **District of** ~~Nevada~~

Case number *19 - 50104*

RECEIVED
AND FILED

2019 FEB 22 PM 3: 52

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410
# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

| Part 1: | Identify the Claim |
| --- | --- |

**1. Who is the current creditor?**

Miracle Method of Contra Costa/Alameda, Inc.
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Miracle Method of Contra Costa/Alameda, Inc.
Name
5702 Marsh Drive, Suite J
Number        Street
Pacheco          CA        94553
City                State              ZIP Code

Contact phone    925 685-4411
Contact email    MiracleMethod@gmail.com

Where should payments to the creditor be sent? (if different)

_____
Name
_____
Number        Street
_____
City                State              ZIP Code

Contact phone _____
Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

_ _ _ _ — _ _ _ _ — _ _ _ _ — _ _ _ _

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known) _____ .

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing? _____

**Fill in this information to identify the case:**

Debtor 1 __Dog Blue Properties LLC__

Debtor 2
(Spouse, if filing) _____

United States Bankruptcy Court for the: __District of Nevada__

Case number __19-50102-btb__

RECEIVED
AND FILED

2019 MAY 13  PM 12: 25

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:   Identify the Claim

**1. Who is the current creditor?**

Napa County Treasurer-Tax Collector
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Napa County Treasurer-Tax Collector
Name

1195 Third St, Ste 108
Number        Street

Napa                        CA        94559
City                     State            ZIP Code

Contact phone  707-253-4056

Contact email  rosa.montanez@countyofnapa.org

Where should payments to the creditor be sent? (if different)

Name

Number       Street

City                     State            ZIP Code

Contact phone

Contact email

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☐ No
☑ Yes.  Claim number on court claims registry (if known) _____

Filed on  04/25/2019
              MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

---

Official Form 410                          Proof of Claim                          page 1

**Fill in this information to identify the case:**

Debtor 1    DOG BLUE PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19−50104**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

5/6/2021

Mary A. Schott, Clerk

## Official Form 410
## Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | SOUTH TAHOE PUBLIC UTILITY DISTRICT<br><br>Name of the current creditor (the person or entity to be paid for this claim)<br><br>Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☑ No<br>☐ Yes. From whom? |

| | | |
|---|---|---|
| 3. Where should notices and payments to the creditor be sent?<br><br>Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | Where should notices to the creditor be sent?<br><br>SOUTH TAHOE PUBLIC UTILITY DISTRICT<br>Name<br><br>1275 MEADOW CREST DR<br>SOUTH LAKE TAHOE, CA 96150<br><br>Contact phone _____5305446474_____<br><br>Contact email __lkosciolek@stpud.dst.ca.us__<br><br>Uniform claim identifier for electronic payments in chapter 13 (if you use one): | Where should payments to the creditor be sent? (if different)<br><br>Name<br><br><br><br>Contact phone _____<br><br>Contact email _____ |

| | |
|---|---|
| 4. Does this claim amend one already filed? | ☑ No<br>☐ Yes. Claim number on court claims registry (if known) _____    Filed on _____<br><br>　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☑ No<br>☐ Yes. Who made the earlier filing? _____ |

Official Form 410                           Proof of Claim                           page 1

# EXHIBIT "C"

EXHIBIT "C"

| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | BRANDY BOY PROPERTIES, LLC |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: _____ District of NEVADA__ ☑ |
| Case number | 19-50105-btb |

RECEIVED
AND FILED

2019 FEB 19 AM 11:02

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLK

## Official Form 410

# Proof of Claim
04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1:    Identify the Claim

**1. Who is the current creditor?**

BOULDER EXTERMINATORS
Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor _____

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

BOULDER EXTERMINATORS
Name

P O BOX 17000
Number      Street

SOUTH LAKE TAHOE CA        96151
City                State            ZIP Code

Contact phone  530-541-1777

Contact email  boulderext@gmail.com

Where should payments to the creditor be sent? (if different)

Boulder Exterminators
Name

P O Box 17000
Number      Street

So. Lake Tahoe CA 96151
City                State            ZIP Code

Contact phone  530-541-1777

Contact email  boulderext@gmail.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___ ___

**4. Does this claim amend one already filed?**

☑ No
☐ Yes.  Claim number on court claims registry (if known) _____

Filed on _____
MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes.  Who made the earlier filing? _____

Official Form 410                Proof of Claim                page 1

**Fill in this information to identify the case:**

Debtor 1  **Brandy Boy Properties LLC**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: District of Nevada

Case number  **19-50105**

RECEIVED
AND FILED

2019 FEB 28  AM 11:01

U.S. BANKRUPTCY COURT
MARY A. SCHOTT, CLERK

## Official Form 410

# Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

---

### Part 1:  Identify the Claim

| | |
|---|---|
| 1. **Who is the current creditor?** | **El Dorado County Tax Collector** <br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor _____ |
| 2. **Has this claim been acquired from someone else?** | ☑ No <br> ☐ Yes. From whom? _____ |

3. **Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Name **K E Coleman Treasurer Tax Collector**

Number  Street **360 Fair Lane**

City **Placerville**  State **CA**  ZIP Code **95667**

Contact phone **530-621-5800**

Contact email _____

Where should payments to the creditor be sent? (if different)

Name _____

Number  Street _____

City _____  State _____  ZIP Code _____

Contact phone _____

Contact email _____

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

__ __ __ __ — __ __ __ __ — __ __ __ __ — __ __ __ __

| | |
|---|---|
| 4. **Does this claim amend one already filed?** | ☑ No <br> ☐ Yes. Claim number on court claims registry (if known) _____  Filed on ___/___/_____ <br>           MM / DD / YYYY |
| 5. **Do you know if anyone else has filed a proof of claim for this claim?** | ☑ No <br> ☐ Yes.  Who made the earlier filing? _____ |

---

**Fill in this information to identify the case:**

Debtor 1   BRANDY BOY PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court    **District of Nevada**

Case number:  **19-50105**

**FILED**

**U.S. Bankruptcy Court**
**District of Nevada**

9/18/2019

Mary A. Schott, Clerk

Official Form 410
# Proof of Claim

04/19

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

**Part 1:    Identify the Claim**

| | |
|---|---|
| 1. Who is the current creditor? | Maricopa County Treasurer <br><br> Name of the current creditor (the person or entity to be paid for this claim) <br><br> Other names the creditor used with the debtor |
| 2. Has this claim been acquired from someone else? | ☒ No <br> ☐ Yes. From whom? |

| 3. Where should notices and payments to the creditor be sent? <br><br> Federal Rule of Bankruptcy Procedure (FRBP) 2002(g) | **Where should notices to the creditor be sent?** <br><br> Maricopa County Treasurer <br> Name <br><br> c/o Peter Muthig, Deputy County Attorney <br> 222 North Central Avenue, Suite 1100 <br> Phoenix, AZ 85004-2206 <br><br> Contact phone ____(602) 506-1923____ <br><br> Contact email ____muthigk@mcao.maricopa.gov____ <br><br> Uniform claim identifier for electronic payments in chapter 13 (if you use one): <br> _____ | **Where should payments to the creditor be sent? (if different)** <br><br> Maricopa County Treasurer <br> Name <br><br> 301 West Jefferson, Suite 100 <br><br> Phoenix, AZ 85003 <br><br> Contact phone ____(602) 506-8511____ <br><br> Contact email ____desi.ramirez@mail.maricopa.gov____ |

| 4. Does this claim amend one already filed? | ☐ No <br> ☒ Yes. Claim number on court claims registry (if known) ___1___    Filed on ____02/12/2019____ <br> MM / DD / YYYY |
| 5. Do you know if anyone else has filed a proof of claim for this claim? | ☒ No <br> ☐ Yes. Who made the earlier filing? _____ |

**Fill in this information to identify the case:**

Debtor 1   BRANDY BOY PROPERTIES, LLC

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court   **District of Nevada**

Case number:  **19-50105**

FILED

**U.S. Bankruptcy Court
District of Nevada**

2/13/2019

**Mary A. Schott, Clerk**

## Official Form 410
## Proof of Claim

04/16

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. Do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.

Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

**Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.**

### Part 1:  Identify the Claim

**1. Who is the current creditor?**

Southwest Gas Corporation

Name of the current creditor (the person or entity to be paid for this claim)

Other names the creditor used with the debtor

**2. Has this claim been acquired from someone else?**

☑ No
☐ Yes. From whom?

**3. Where should notices and payments to the creditor be sent?**

Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?

Southwest Gas Corporation

Name

P.O. Box 1498 Attn: Bankruptcy Desk
Victorville, CA 92393-1498

Contact phone     760-951-4045

Contact email
customerinfo@swgas.com

Uniform claim identifier for electronic payments in chapter 13 (if you use one):

Where should payments to the creditor be sent? (if different)

Name

Contact phone

Contact email

**4. Does this claim amend one already filed?**

☑ No
☐ Yes. Claim number on court claims registry (if known)          Filed on

MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**

☑ No
☐ Yes. Who made the earlier filing?