STEPHEN R. HARRIS, ESQ.
Nevada Bar No. 001463
HARRIS LAW PRACTICE LLC
6151 Lakeside Drive, Suite 2100
Reno, NV 89511
Telephone: (775) 786-7600
Email: steve@harrislawreno.com
Attorneys for Trustee

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

* * * * *

IN RE:
DORA DOG PROPERTIES, LLC

☒ AFFECTS THIS DEBTOR

☐ AFFECTS DOG BLUE PROPERTIES, LLC

☐ AFFECTS BRANDY BOY PROPERTIES, LLC

☐ AFFECTS 475 CHANNEL ROAD, LLC

☐ AFFECTS PARK ROAD, LLC

☐ AFFECTS 140 MASON CIRCLE, LLC

☐ AFFECTS ALL DEBTORS

_____/

Lead Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106 gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road, LLC |
| 19-50109-gs | 140 Mason Circle, LLC |

**AMENDED NOTICE OF HEARING**

Hearing Date:   August 11, 2022
Hearing Time:   9:30 a.m.
Est. Time:      10 minutes
Set by:         Judge Spraker per OST

NOTICE IS HEREBY GIVEN that on July 8, 2022, W. Donald Gieseke, Trustee for the Chapter 7 bankrupt estates of the six (6) Jointly Administered Debtors, specifically, DORA DOG PROPERTIES, LLC; DOG BLUE PROPERTIES, LLC; BRANDY BOY PROPERTIES, LLC; 475 CHANNEL ROAD, LLC; PARK ROAD, LLC; and 140 MASON CIRCLE, LLC (collectively "Real Estate Debtors"), by and through his attorney STEPHEN R. HARRIS, ESQ. of HARRIS LAW PRACTICE LLC, filed his APPLICATION FOR EX PARTE ORDER

AUTHORIZING TRUSTEE TO EMPLOY REAL ESTATE BROKER [FIRST REPUBLIC REAL ESTATE] (Docket No. 682) ("Application").

The Application seeks an order authorizing the Trustee to employ First Republic, with Ray "Jimmy" Smith acting as exclusive real estate agent, to sell the certain commercial real property located at 815 Sunset Drive, Antioch, Contra Costa County, CA ("Real Property") owned by Debtor Dora Dog, pursuant to the terms and conditions as set forth in the Application and the Commercial and Residential Income Listing Agreement attached to the Application as Exhibit A.

**Any opposition(s) to the Application shall be filed and served by August 10, 2022.**

If an objection or opposition is not timely filed and served, the relief requested may be granted without a hearing.

> If you object to the relief requested, you *must* file a **WRITTEN** response, objection or opposition to this pleading with the court. You must also serve your written response, objection or opposition on the person who sent you this notice.
>
> If you do not file a written response, objection or opposition with the court, or if you do not serve your written response, objection or opposition on the person who sent you this notice, then:
>
> - The court may *refuse to allow* you to speak at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Written requests for copies of the subject Application shall be mailed or faxed or emailed to the Trustee in care of his attorneys, HARRIS LAW PRACTICE LLC, 6151 Lakeside Drive, Suite 2100, Reno, NV 89511, Fax 775-786-7764, or steve@harrislawreno.com.

NOTICE IS FURTHER GIVEN that the hearing on said Application will be held on Court-ordered shortened time before a United States Bankruptcy Judge by remote participation on **August 11, 2022, at 9:30 a.m.** Remote participation information may be found on the posted calendar on the Court's website at https://www.nvb.uscourts.gov/calendars/court-calendars/

DATED this 1st day of August 2022.   STEPHEN R. HARRIS, ESQ.
HARRIS LAW PRACTICE LLC

*/s/ Stephen R. Harris*
_____
Attorneys for Trustee