Jeffrey L. Hartman, Esq.
Nevada Bar No. 1607
**HARTMAN & HARTMAN**
510 W. Plumb Lane, Suite B
Reno, NV 89509
Telephone: (775) 324-2800
Facsimile:  (775) 324-1818
notices@bankruptcyreno.com
Attorney for Christina Lovato

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re

DORA DOG PROPERTIES, LLC,

Debtor.

Affects:
☐ ALL Debtors
☒ Dora Dog Properties, LLC
☐ Dog Blue Properties, LLC
☐ Brandy Boy Properties, LLC
☐ 475 Channel Road, LLC
☐ Park Road LLC
☐ 140 Mason Circle LLC

Lead Case No.: BK-19-50103-gs
(Chapter 7)

Jointly Administered with:

| 19-50104-gs | Dog Blue Properties, LLC |
| 19-50105-gs | Brandy Boy Properties, LLC |
| 19-50106-gs | 475 Channel Road, LLC |
| 19-50108-gs | Park Road LLC |
| 19-50109-gs | 140 Mason Circle LLC |

**OBJECTION BY CHRISTINA LOVATO TO APPLICATION FOR ORDER AUTHORIZING EMPLOYENT OF REAL ESTATE BROKER [FIRST REPUBLIC REAL ESTATE]    [ECF NO. 682]**

Hearing Date:   August 11, 2022
Hearing Time:  9:30 a.m.

Christina Lovato, in her capacity as chapter 7 trustee ("Trustee Lovato" or "Double Jump Trustee"), for the substantively consolidated estates of Double Jump, Inc., DC Solar Solutions, Inc., DC Solar Distribution, Inc., and DC Solar Freedom, Inc. (the "**DC Solar Estate**"), objects to the Application For Order Authorizing Employment of Real Estate Broker [First Republic Real Estate] ("Application"), filed by Trustee W. Donald Gieseke ("Trustee Gieseke"), as **[ECF No. 682]**.  Trustee Lovato's Objection is supported by the separately filed Declaration of Seth Freeman. The subject of the Application is the sale of the Antioch Mini-Storage Property (the "AMS

1

Property"). The Application is supported by the separately filed Declaration of Ray "Jimmy" Smith at **[ECF No. 683]**.

**Trustee Lovato's Standing**[1]

On June 10. 2022, this Court entered its Order Approving Settlement Of DC Solar Estates And Funds/Investors' Claims Against Real Property Debtor Estates Pursuant To FRBP 9019 ("Settlement Order"). **[ECF No. 675]**. The Settlement approved by the Court involves the distribution of proceeds from the sale by Trustee Gieseke of improved real property commonly referred to as the Antioch Mini Storage property located in Antioch, California. Attached to the Settlement Order is a copy of the Settlement Agreement which describes the proceeds distribution formula:

> ¶ 7. The Antioch Mini-Storage settlement scheme is not impacted (i.e., on sale of the property proceeds will be distributed in the following order: i) costs of sale; ii) Double Jump $3M; iii) $1M to Dora Dog; iv) split proceeds between the Dora Dog Estates and the Double Jump Estate 50/50 up to a max recovery of $4.2M, then all remaining proceeds to the Dora Dog Estates).
>
> ¶ 8. Notwithstanding the allowed claim amounts of the Investors and the Double Jump Trustee, the distribution scheme of the Dora Dog Estates is as follows:
>
> a. First, administrative fees for the Trustee (Gieseke) and his professionals;
> b. Second, $500,000 for payment of allowed pre-petition claims and the administrative fee of Clark Hill ("Admin and Trade Amount");
> c. Third, the Double Jump estate will receive $1M plus the amount of distributions to be provided to the Double Jump Estate by the Antioch Mini-Storage settlement (as described in paragraph 7 above); and,
> d. Fourth, 100% of the remainder of the Dora Dog Estates' proceeds to be distributed to the funds based upon their pro rata share of their Allowed

---

[1] Trustee Lovato is the chapter 7 trustee for Double Jump, Inc., case no. 19-50102-gs, DC Solar Solutions, Inc., case no. 19-50130-gs, DC Solar Distribution, Inc. case no. 19-50131-gs, and DC Solar Freedom, Inc., case no. 19-50135-gs.

Claims (such amount to include any unused portion of the Admin and Trade amount).

Case no. 19-50103-gs, **[ECF No. 675, page 7 of 19]**.

**<u>Objection</u>**

Trustee Lovato objects to the Application on the basis that the proposed commission of 7.25% is excessive.

The Application was initially filed on July 8, 2022 on an *ex parte* basis. The Application included a copy of the proposed Commercial and Residential Income Listing Agreement and indicated that the listing was to commence on April 1, 2022 and to end on February 28, 2023. The proposed listing price is $6,100,000. It is unclear whether the AMS Property has already been exposed on the Multiple Listing Service. On July 29, 2022, Trustee Gieseke filed his Ex Parte Motion For Order Shortening Time indicating that he had received three verbal offers in excess of $6 million and required the assistance from First Republic Real Estate to negotiate with prospective purchasers. **[ECF No. 696]**.

Although Trustee Lovato recognizes that this is the first step for Trustee Gieseke in proceeding to sell the AMS Property, she asserts that there is insufficient information to justify a sale commission of 7.25%, i.e., $442,250, for a property which already has three verbal offers in excess of $6 million. On August 9, 2022, Trustee Gieseke filed three quarterly operating reports which reflect revenue and expenses for the AMS Property, with the most recent report for June 2022 indicating gross revenue slightly in excess of $40,000. Absent is any information on the total number of storage units and the vacancy rate.

As set forth in the Freeman Declaration, he believes that the market for properties such as the AMS Property is strong and there well may be competitive bidding. Mr. Freeman is familiar with the AMS Property as a result of the time period shortly before these cases were filed in early 2019 during which he was engaged as the Chief Restructuring Officer for the various Carpoff related entities, and then as appointed in the same position, post-petition and prior to the appointment in March 2019 of Trustee Lovato and Trustee Gieseke, respectively. Freeman

indicates that if appointed as a broker to sell the AMS Property, he would request a commission of 4%.

**Conclusion**

In principle, Trustee Lovato understands that Trustee Gieseke has been working with Mr. Smith and First Republic Real Estate on the administration of other properties and has no objection to their employment to market and sell the AMS Property; however, she believes the proposed commission of 7.25% is not justified. A hypothetical commission of $442,250, or more, has the potential of adversely impacting the potential return to the DC Solar Estate based upon the methodology for distribution of the sale proceeds from the sale of the AMS Property as described above.

Accordingly, Trustee Lovato requests that the Court deny the Application to employ Mr. Smith and First Republic Real Estate at a commission rate of 7.25%.

DATED: August 10, 2022.

                                          **HARTMAN & HARTMAN**

                                          */s/ Jeffrey L. Hartman*
                                          Jeffrey L. Hartman, Esq., Attorney for Trustee

APPROVED

*/s/ Christina Lovato*
Christina Lovato, Trustee