W. Donald Gieseke
Bankruptcy Trustee
18124 Wedge Pkwy., Suite 518
Reno, NV 89511
wdg@renotrustee.com
(775) 742-9107
(775) 562-8181 (fax)

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | ) BK-19-50103-GS |
| | ) CHAPTER 7 |
| DORA DOG PROPERTIES, LLC | ) |
| | ) Jointly Administered with: |
| | ) |
| ☒ AFFECTS THIS DEBTOR | ) 19-50104-gs Dog Blue Properties, LLC |
| ☐ AFFECTS DOG BLUE | ) 19-50105-gs Brandy Boy Properties, LLC |
| | ) 19-50106-gs 475 Channel Road, LLC |
| PROPERTIES, LLC | ) 19-50108-gs Park Road, LLC |
| | ) 19-50109-gs 140 Mason Circle, LLC |
| ☐ AFFECTS BRANDY BOY | ) |
| PROPERTIES, LLC | ) |
| ☐ AFFECTS 475 CHANNEL | ) |
| ROAD, LLC | ) |
| ☐ AFFECTS PARK ROAD, LLC | ) |
| ☐ AFFECTS 140 MASON CIRCLE, | ) **TRUSTEE'S REPORT OF SALE OF** |
| LLC | ) **REAL PROPERTY** |
| ☐ AFFECTS ALL DEBTORS. | ) HEARING DATE:  N/A |
| | ) HEARING TIME:  N/A |
| | ) |
| | ) |

COMES NOW, W. Donald Gieseke, the Chapter 7 Trustee in the above mentioned case and submits the attached summary of proceeds from the sale of Real Property commonly known as 815 Sunset Drive Antioch, CA 94509 in accordance with the Order issued on October 31, 2022  (Docket #733).

Submitted by:

*/s/ W. Donald Gieseke*

W. Donald Gieseke, Trustee



**First American Title Insurance Company**
*National Commercial Services*
1850 Mt. Diablo Blvd., Suite 530 • Walnut Creek, CA 94596

*Office Phone:(925)927-2100 Office Fax:(714)824-5640*

*Seller's Final Settlement Statement*

| | |
|---|---|
| File No: | NCS-1139881-CC |
| Escrow Officer: | Angela Mosteller/AM |
| Settlement Date: | 11/10/2022 |
| Disbursement Date: | 11/10/2022 |

**Property:**
815 Sunset Drive, Antioch, CA 94509

**Buyer:**
NWB Antioch LLC
10230 NE Points Drive, Suite 410, Kirkland, WA 98033

**Seller:**
Dora Dog Properties, LLC
18124 Wedge Parkway, Suite 518, Reno, NV 89511

| Description | Seller Charge | Seller Credit |
|---|---|---|
| **Consideration** | | |
| Total Consideration | | 7,400,000.00 |
| | | |
| **Prorations** | | |
| County Taxes 11/10/22 to 01/01/23 @$775.49/semi | | 216.71 |
| | | |
| **Commission** | | |
| Broker: First Republic Real Estate Inc. | | |
| Real Estate Commission | 388,500.00 | |
| | | |
| **Title/Escrow Charges** | | |
| CA Withhold Assistance Fee to First American Title Insurance Company National Commercial Services | 45.00 | |
| Closing-Escrow Fee (one half) to First American Title Insurance Company National Commercial Services | 3,000.00 | |
| Overnight Delivery Service to First American Title Insurance Company National Commercial Services | 60.00 | |
| Documentary Transfer Tax-County | 8,140.00 | |
| | | |
| **Disbursements Paid** | | |
| **Miscellaneous Disbursement** | | |
| Reimburse NHD to First Republic Real Estate Inc. | 99.00 | |
| Notary/Signing Fee to First Class Signing Service | 150.00 | |
| **Property Tax Check** | | |
| Property Taxes 2022-2023 1st Installment to Contra Costa County Tax Collector | 775.49 | |
| Property Taxes Redemption to 11/30/2022 to Contra Costa County Tax Collector | 224,145.29 | |
| | | |
| Cash (X To) ( From) Seller | 6,775,301.93 | |

## *Seller's Final Settlement Statement*

**Settlement Date:** 11/10/2022
**Officer:** Angela Mosteller/AM

**File No:** NCS-1139881-CC

| Description | Seller Charge | Seller Credit |
|---|---|---|
| | | |
| Totals | 7,400,216.71 | 7,400,216.71 |